■ WALTER SCHLOBOHM et al., Respondents, v COMMAND TRUCKING CORP., Defendant and Third-Party Plaintiff-Appellant; ARCHIE FIELDS, Appellant. CITY OF NEW YORK, et al., Third-Party Defendants-Respondents. (And a Fourth-Party Title.)—In consolidated negligence actions to recover damages for personal injuries, etc., defendants Command Trucking Corp. and Archie Fields appeal from an interlocutory judgment of the Supreme Court, Kings County, dated October 28, 1975 and made after a jury trial on the issue of liability only, which, *inter alia,* (1) was in favor of plaintiffs Schlobohm and Schmukler and against them and (2) dismissed their third-party complaint against the City of New York. Interlocutory judgment affirmed, with one bill of costs jointly to respondents appearing separately and filing separate briefs. Although the trial court could have admitted the police memorandum into evidence upon the issue of the existence of a stop sign, as it was a report made in the regular course of business, appellants did not urge this theory as a ground for its admission (see CPLR 4518, subd [a]). In any event, we are of the opinion that overwhelming evidence was adduced to support the jury's verdict of negligence on the part of defendant Fields. We are also of the opinion that the dismissal of the third-party complaint against the City of New York was proper. Cohalan, Acting P. J., Margett, Damiani, Rabin and Titone, JJ., concur.

■ SEPTIC SYSTEMS, INC., Respondent, v EMPLOYERS MUTUAL FIRE INSURANCE CO., Appellant, et al., Defendants.—In an action *inter alia* on an insurance policy, defendant Employers Mutual Fire Insurance Co. appeals from an order of the Supreme Court, Richmond County, dated December 15, 1975, which denied its motion to strike the complaint pursuant to CPLR 3024 or, in the alternative, to sever the action as against it. Order affirmed, with $50 costs and disbursements. It was not an abuse of discretion on the part of the Trial Judge to deny the motion. Gulotta, P. J., Hopkins, Latham, Margett and Shapiro, JJ., concur.

■ FRANCES STROH, Respondent, v RICHARD A. STROH, Appellant.—In an action in which the plaintiff wife was granted a judgment of divorce, defendant appeals from an order of the Supreme Court, Rockland County, dated December 31, 1975, which, *inter alia,* (1) adjudged him guilty of contempt of court and (2) denied his cross motion (a) for a downward modification of alimony and support and (b) for a partition of property. Order reversed, without costs or disbursements, and the motion and cross motion are remitted to Special Term for a hearing in accordance herewith. The papers in this case raise substantial questions of fact as to whether the financial position of the defendant had changed for the worse since the entry of the divorce judgment. Under these circumstances an evidentiary hearing should have been held on both the motion and cross motion (see *Pirrotta v Pirrotta,* 42 AD2d 715). Gulotta, P. J., Hopkins, Latham, Margett and Shapiro, JJ., concur.